ACCEPTED
06-14-00053-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/28/2015 1:24:41 PM
DEBBIE AUTREY
CLERK

## IN THE COURT OF APPEALS FOR THE
## SIXTH DISTRICT OF TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

1/28/2015 1:24:41 PM

DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| ANTHONY DAVID TEAGUE, APPELLANT | § § § § | |
| V. | § | No. 06-14-00053-CR |
| THE STATE OF TEXAS, APPELLEE | § § § § | |

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

COMES NOW, The State of Texas, by and through the Criminal District Attorney of Collin County, Greg Willis, and tenders, pursuant to Texas Rule of Appellate Procedure 38.6(d), this motion for an extension of time to file the State's brief. In support of this motion, the State would show the following:

### I.

The Court below is the 219th District Court Judicial District Court of Collin County. The style and number of this case in the court below is The State of Texas v. Anthony David Teague, 366-82919-2013.

### II.

Appellant was convicted of stalking and sentenced to 20 years' confinement.

1

III.

The State's brief was due on January 12, 2015. The State request that it be granted an extension until February 11, 2015. The State has not previously requested an extension of time in these cases.

IV.

The case is not yet set for submission.

V.

Counsel has substantial day to day management duties as chief of the appellate division of the Collin County District Attorney's Office. These include trial support for ongoing prosecutions, legal advice to the elected district attorney, and representing the State in various hearings in the Collin County trial courts, as well as editing and reviewing work product produced by the four attorneys under counsel's supervision.

Since Appellant's brief was filed counsel has participated in the following activities:

From December 1 through December 18 of 2014, counsel was involved in the prosecution of *State of Texas v. Eric Williams*, a death penalty case tried on change of venue from Kaufman County to Rockwall County. This case required substantial pretrial preparation during November 2014 and is currently in post-trial litigation with a hearing set on the defendant's motion for new trial set on February 24 and 25, 2015 in Kaufman County.

Counsel has prepared and filed the following responses to post-conviction writs:

| Applicant | Cause Number | Date Filed |
|---|---|---|
| Diaz, Eloy Gonzalez | W219-80280-04-HC4 | 12/18/2014 |
| Bell, Timothy Lawrence | W416-82650-09-HC | 12/26/2014 |
| Autrey, William Sedric | W429-81194-10-HC | 12/26/2014 |
| Ross, Todd E | W380-81424-08-HC | 1/27/2015 |
| Adams, Darnell Iven | W199-80320-91-HC5 | 1/27/2015 |
| Adams, Darnell Iven | W199-80293-90-HC5 | 1/27/2015 |

Counsel has reviewed and assigned the following direct appeals:

| Defendant | Appeal Number | Date |
|---|---|---|
| Stulce, Roger Allen Jr. | 05-14-00564-CR | 12/16/2014 |
| Peterson, Susan Jacobi | 05-14-00794-CR | 12/26/2014 |
| Hermes, Kristie Lyn | 05-14-01066-CR | 12/26/2014 |
| Fleck, Richard George | 05-14-01187-CR | 12/29/2014 |
| Gaddis, Fredrick Don | 05-14-01000-CR | 1/20/2015 |
| In the matter of J.I.L. | 05-14-01490-CV | 1/20/2015 |
| Hurtado, Francisco James | 05-14-00717-CR | 1/23/2015 |
| Haynes, Charles Vernon | 05-14-00172-CR | 1/23/2015 |
| Dunnington, Clarence | 05-14-00127-CR | 1/23/2015 |
| Curry, Donny Joe | 06-14-00139-CR | 1/23/2015 |
| Curry, Donny Joe | 06-14-00140-CR | 1/23/2015 |
| Curry, Donny Joe | 06-14-00141-CR | 1/23/2015 |
| Curry, Donny Joe | 06-14-00142-CR | 1/23/2015 |

Attorneys under counsel's supervision have filed the following briefs:

| Defendant | Appeal Number | Date Filed |
|---|---|---|
| Stulce, Roger Allen Jr. | 05-14-00073-CR | 12/19/2014 |
| Knox, Patrick A. | 05-14-00551-CR | 12/22/2014 |
| Lerma, Jose Angel | 13-13-00369-CR | 12/29/2014 |
| Solomon, Solomon | 05-14-00634-CR | 12/29/2014 |
| Pineda, Edwin | 05-14-00632-CR | 1/5/2015 |
| Pineda, Edwin | 05-14-00633-CR | 1/5/2015 |
| Guerra, Joseph Julian | 05-14-00087-CR | 1/9/2015 |
| Guerra, Joseph Julian | 05-14-00086-CR | 1/9/2015 |
| Moore, Gary | 06-14-00056-CR | 1/16/2015 |
| Burgess, Nathan Earl | 05-14-00216-CR | 1/16/2015 |

| | | |
|---|---|---|
| Thede, Mark John | 05-14-00525-CR | 1/20/2015 |
| Gordon, Steven Lee | 05-14-00942-CR | 1/22/2015 |
| Guzman, Rolando | 05-14-00941-CR | 1/23/2015 |

Counsel reviewed petitions and prepared and filed answers in 25 nondisclosure proceedings:

| Defendant | Cause Number | Answer Filed |
|---|---|---|
| Ray | 219-04851-2014 | 12/26/2014 |
| Breithaupt | 005-02180-2014 | 12/26/2014 |
| Rayner | 006-02164-2014 | 12/26/2014 |
| Willis | 006-02214-2014 | 12/26/2014 |
| Panic | 006-02232-2014 | 12/26/2014 |
| Zimmer | 005-02217-2014 | 12/26/2014 |
| Riley | 199-05000-2014 | 12/26/2014 |
| Johnson | 001-02327-2014 | 1/14/2015 |
| Delgado | 219-05110-2014 | 1/14/2015 |
| Farmer | 001-02343-2014 | 1/20/2015 |
| Bishop | 366-00089-2015 | 1/14/2015 |
| Lain | 003-00053-2015 | 1/14/2015 |
| King | 005-00060-2015 | 1/14/2015 |
| Jackson | 416-00106-2015 | 1/14/2015 |
| Cater | 003-00091-2015 | 1/14/2015 |
| Carr | 380-00139-2015 | 1/21/2015 |
| Barber | 001-00104-2015 | 1/14/2015 |
| Vanholbeck | 416-00152-2015 | 1/20/2015 |
| King | 219-00099-2015 | 1/20/2015 |
| Ryan | 005-00118-2015 | 1/20/2015 |
| King | 416-00184-2015 | 1/20/2015 |
| Pool | 199-00195-2015 | 1/22/2015 |
| Nieuwesteeg | 003-00166-2015 | 1/22/2015 |
| Gipson | 002-00143-2015 | 1/22/2015 |
| Atkinson | 001-00174-2015 | 1/22/2015 |

VI.

Appellant received four extensions of time to file his brief totaling approximately 96 days.

WHEREFORE, premises considered, the State respectfully requests that the court grant an extension of time for the State to file its brief until February 11, 2015.

Respectfully submitted,

/s/ John R. Rolater, Jr.
John R. Rolater, Jr.
Assistant District Attorney
State Bar No. 00791565
2100 Bloomdale Rd., Ste. 200
McKinney, Texas 75071
(972) 548-4323
(214) 491-4860

**CERTIFICATE OF SERVICE**

A true copy of this First Motion for Extension of Time to File the State's Brief was served on counsel for Appellant, Shawn Ismail, at shawnismai@gmail.com, on January 28, 2015.

/s/ John R. Rolater, Jr.
John R. Rolater, Jr.